Order Filed on 7/2/2013
by Clerk U.S. Bankruptcy
Court District of New Jersey

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br><br>JOEL A. ACKERMAN<br>JA 4027<br>XWA 150281-2/mca<br>ZUCKER, GOLDBERG & ACKERMAN, LLC<br>Attorneys for Secured Creditor<br>Ocwen Loan Servicing, LLC<br>200 Sheffield Street, Suite 101<br>P.O. Box 1024<br>Mountainside, NJ  07092-0024<br>1-908-233-8500 | |
| In Re:<br><br>Adam K. Gonzalez | Case No.:  13-17148-KCF<br>Adv. No.:<br>Hearing Date: 7/2/2013 @ 10:00 a.m.<br><br>Judge:  Kathryn Ferguson |

## ORDER VACATING AUTOMATIC STAY

The relief set forth on the following pages, numbered two (2) through two (2) this if more than two pages is hereby **ORDERED.**

**DATED: 7/2/2013**

_____
Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

(Page 2)
Debtor(s):        Adam K. Gonzalez
Case No.:         13-17148-KCF
Caption of Order: **ORDER VACATING AUTOMATIC STAY**

Upon the motion of ZUCKER, GOLDBERG & ACKERMAN, LLC, attorneys for Secured Creditor, Ocwen Loan Servicing, LLC, under Bankruptcy Code section 362(a) for relief from the automatic stay as to certain property as hereinafter set forth, and for good cause shown, it is

ORDERED that the automatic stay is vacated to permit the Movant to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the Movant's rights in the following:

   X    Real property more fully described as 2313 3rd Avenue, Toms River, NJ  08753

   ____  Personal property more fully described as:

It is further ORDERED that the Movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

It is further ORDERED that Movant, through its agents, servicers and representatives is permitted to contact Debtor(s) and/or Debtor('s') counsel for the purpose of engaging in discussions and consideration for possible loss mitigation options, solutions and/or resolutions with regard to the underlying mortgage and note, including, but not limited to loan modification or other loss mitigation alternatives

The Movant shall serve this order on the debtor, any trustee and other party who entered an appearance on the motion.

*Approved by Judge Kathryn C. Ferguson July  02, 2013*